IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| SENCHAL DENEA SMITH | * |
| Plaintiff | * |
| v. | * Civil Case No. JKB-21-1731 |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Plaintiff filed a *pro se* claim against the United States wherein she alleges that the United States Postal Service failed to pay her for labor she provided on November 28, November 30, December 1, December 2, and December 3, 2020 (ECF No. 1). The Government has filed a Motion to Dismiss (ECF No. 12) to which the Plaintiff has not responded despite the passage of many weeks. The Plaintiff was sent a Rule 12/56 notice on December 10, 2021 (ECF No. 13).

Despite giving the Complaint the liberal construction that *pro se* documents are due, this Court is unable to discern a basis for its jurisdiction. There is no suggestion by the Plaintiff that the United States has waived sovereign immunity in relation to this claim or type of claim. Specifically, Plaintiff has not alleged and the Court is unaware of any sovereign immunity waiver by the United States Postal Service in relation to claims of non-payment for labor.

Further, the Complaint fails to state a claim. The Plaintiff alleges no details about her alleged employment that would permit the Court to conclude that it is plausible that she is entitled to compensation.

Accordingly, the Government's MOTION TO DISMISS (ECF No. 12) is GRANTED, and the Complaint is DISMISSED. The Clerk is instructed to CLOSE THIS CASE.

Dated this __9__ day of March, 2022.

BY THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge